| STATE OF INDIANA | ) | TIPPECANOE SUPERIOR/CIRCUIT COURT |
|---|---|---|
|  | ) SS | ROOM _____ |
| COUNTY OF TIPPECANOE | ) | SITTING IN LAFAYETTE, INDIANA |

| Hannah Smith, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CAUSE NO.: |
|  | ) |  |
| Joyell Compton, Trans-States Express, Inc., | ) | **JURY DEMAND** |
| Penske Truck Leasing Corporation, | ) |  |
| Penske Truck Leasing Co., L.P., and | ) |  |
| Trio Trucking, Inc., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## COMPLAINT AT LAW

The Plaintiff, Hannah Smith, by and through her attorneys, complaining against the Defendants, Joyell Compton, Trans-States Express, Inc., Penske Truck Leasing Corporation, Penske Truck Leasing Co., L.P. and Trio Trucking, Inc., states and alleges as follows:

1. On and prior to November 26, 2018, I-65 near mile-marker 164.4 was a much used and well-traveled public highway located near Lafayette in Tippecanoe County, Indiana wherein traffic was permitted to travel in a generally northerly and southerly direction.

2. At all times relevant hereto, I-65 was a federal highway as part of the federal interstate system and ran in a generally northerly and southerly direction.

3. At said time and place, the Plaintiff, Hannah Smith, was operating her vehicle in a northerly direction on I-65.

4. At said time and place, the Defendants, Trans-States Express, Inc., Penske Truck Leasing Corporation, Penske Truck Leasing Co., L.P. and/or Trio Trucking, Inc., owned, and by and through its/their agent and servant, the Defendant, Joyell Compton, was operating a truck unit upon I-65 in a northerly direction following and to the rear of the vehicle being operated by

1

the Plaintiff, Hannah Smith.

5. At said time and place, the Defendants, Trans-States Express, Inc., Penske Truck Leasing Corporation, Penske Truck Leasing Co., L.P. and/or Trio Trucking, Inc.,, by and through its/their agent and servant, Joyell Compton, carelessly and negligently:

    a. drove and operated said truck unit;

    b. drove and operated said truck unit at a high, dangerous and excessive rate of speed so as to endanger the safety of the other persons using said highways, contrary to and in violation of I.C. 9-21-5-1, *et seq.*;

    c. failed to keep a careful lookout ahead for other traffic;

    d. followed the Plaintiff's vehicle more closely that was reasonable and prudent out of due regard for the speed of the vehicles, the time interval between the vehicles and the conditions of the highway, contrary to and in violation of I.C. 9-21-8-14, *et seq.;* and

    e. was otherwise careless and negligent in the operation of said truck unit.

6. As a direct and proximate result and in consequence of one or more of said wrongful acts of the Defendants, the said truck unit operated by the Defendant, Joyell Compton, struck the vehicle being operated by the Plaintiff, Hannah Smith, in the rear with great force and violence; and thereby the Plaintiff was caused to be thrown about the inside of her vehicle and thereby she sustained severe and permanent injuries including but not limited to injuries to her left shoulder, lumbar spine and cervical spine - which required her to undergo medical care and treatment; and she has suffered and with reasonable certainty will continue to suffer great pain and discomfort; and she has been and will be hindered from attending to her affairs and duties; and she may be deprived from large earnings and profits which she otherwise might realize; and she has incurred and in the future will continue to become liable for large sums of money for the care and treatment of her said injuries.

WHEREFORE, the Plaintiff, Hannah Smith, asks for judgment against the Defendants,

Joyell Compton, Trans-States Express, Inc., Penske Truck Leasing Corporation, Penske Truck Leasing Co., L.P. and Trio Trucking, Inc., in an amount sufficient to compensate her for her losses, for costs and for all other relief just and proper in the premises.

Respectfully submitted,

/s/ I. Peter Polansky
I. Peter Polansky, #26698-49

/s/ Elizabeth A. Moore
Elizabeth A. Moore, # 23138-64A

POLANSKY & CICHON, CHTD.
Two Prudential Plaza
180 N. Stetson Ave., Suite 5701
Chicago, IL 60601
(312) 346-9241 (telephone)
(312) 704-4431 (telefax)